NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**D&S CONSULTANTS, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**CACI-ISS, INC.,**
*Defendant,*

AND

**HP ENTERPRISE SERVICES, LLC.,**
*Defendant.*

---

2012-5031

---

Appeal from the United States Court of Federal Claims in case no. 11-CV-446, Judge George W. Miller.

---

**ON MOTION**

---

**ORDER**

The United States moves for a 19-day extension of time, until May 29, 2012, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

**MAY 1 7 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Anthony H. Anikeeff, Esq.
     Claude P. Goddard, Jr., Esq.
     Richard James Conway, Esq.
     Christopher L. Krafchek, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 1 7 2012**

**JAN HORBALY**
**CLERK**